**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-7639**

———————

JOHN EDWARD ANDERSON, JR.,

        Plaintiff – Appellant,

    v.

PORTSMOUTH CITY; SHERIFF WILLIAM WATSON; LIEUTENANT KEESE,
Acting subordinate of the Sheriff; JOHN DOE; JOHN DOE; JANE
DOE; JANE DOE,

        Defendants – Appellees,

    and

COMMONWEALTH OF VIRGINIA; PORTSMOUTH CITY JAIL; AMY KIRBY,
Public Defender; MATTHEW JOHNSON, Senior Assistant Public
Defender; JOYCE L. WEDDLE, Deputy Public Defender,

        Defendants.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk. Arenda L. Wright Allen,
District Judge. (2:14-cv-00604-AWA-LRL)

———————

Submitted: March 29, 2016        Decided: March 31, 2016

———————

Before GREGORY and DUNCAN, Circuit Judges, and DAVIS, Senior
Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

John Edward Anderson, Jr., Appellant Pro Se. Cheran Denise Cordell, OFFICE OF THE CITY ATTORNEY, Portsmouth, Virginia; Jonathan Lewis Stone, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John Anderson, Jr., appeals the district court's order granting Defendants' motion to dismiss and dismissing Anderson's complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Anderson v. Virginia, No. 2:14-cv-00604-AWA-LRL (E.D. Va. Sept. 15, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

3